UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LATASHA MATHIEW, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-3140 |
| | § | |
| SUBSEA 7 (US) LLC, | § § | |
| Defendant. | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the motion to dismiss filed by the Defendant. (Doc. No. 9.) On March 9, 2018, United States Magistrate Judge Dena Hanovice Palermo issued a Report and Recommendation ("R & R") in this case, recommending that the motion be denied. (Doc. No. 14.) Neither party filed any objection within the fourteen-day period established under 28 U.S.C. § 636(b)(1)(C).

The Court agrees with the conclusions, and the reasoning, of the R & R. Accordingly, the Court hereby **ADOPTS** the R & R and **DENIES** the United States' motion to dismiss.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 26th day of March, 2018.

_____
KEITH R. ELLISON
UNITED STATES DISTRICT JUDGE